IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHANE G. BOWMAN,

        Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

        Defendant.

CV 07-1490-MA

JUDGMENT

Based on the record and the Opinion and Order filed herewith, the decision of the ALJ is reversed and remanded for further proceedings, during which the ALJ shall consider Dr. Knigge's opinion that plaintiff is unable to perform light or sedentary work. In addition, the ALJ shall credit as true plaintiff's testimony regarding te severity of his impairments and his limitations related to Crohn's Disease.

    IT IS SO ORDERED.

    DATED this  5   day of November, 2008.

                                          /s/  Malcolm F. Marsh
                                          Malcolm F. Marsh
                                          United States District Judge

1 - JUDGMENT

2 - JUDGMENT