IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
SHANE G. BOWMAN                              CV 07-1490-MA

            Plaintiff            ORDER AWARDING ATTORNEY
                                     FEES PURSUANT TO
    v                                42 U.S.C. §406(b)

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,

            Defendant.
```

Attorney fees in the amount of $11,977.25 are awarded to plaintiff's attorney pursuant to 42 U.S.C. §406(b). The court finds this is a reasonable fee. When issuing the §406(b) check for payment to plaintiff's attorney, the agency is directed to subtract the applicable user fee. As $5,300.00 has previously been paid to plaintiff's attorney, Juliana E. Coons, the balance of $6,677.25 shall be paid to her.

IT IS SO ORDERED.

DATED this 7    day of April, 2010.

/s/  Malcolm F. Marsh
Malcolm F. Marsh
United States District Judge

1 - ORDER AWARDING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)